# EXHIBIT A

## EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 21 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| A method of controlling the performance characteristics of a vehicle, comprising: | "Since **Track Mode was launched in 2018 on Model 3 Performance,** we have taken advantage of instant motor torque to make cornering on the track feel as natural as forward acceleration. This week, **Plaid Track Mode is rolling out to Model S Plaid vehicles across North America**. **With Plaid Track Mode** our goals were simple: achieve the quickest lap time for a production electric vehicle at Germany's Nürburgring, and **allow individual adjustability of stability control, handling balance and regenerative braking to give drivers more authority over vehicle control** at the racetrack." [1]<br><br>"**Adaptive Suspension Damping**: **When Plaid Track Mode is engaged, adaptive suspension damping is optimized** for track handling: reduced pitch during hard braking and fast acceleration**, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1] |

# EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 21 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| a) sensing a lateral acceleration of the vehicle at the vehicle; | "**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1]<br><br>"**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2]<br><br>"**Touch Show Suspension Data to display detailed information about the dampers for each wheel, including** ride height, compression and rebound values, and **body accelerations**." [3] |
| b) sending a signal to a plurality of control devices based upon the lateral acceleration of the vehicle; and | "**Adaptive Suspension Damping: When Plaid Track Mode is engaged, adaptive suspension damping is optimized for track handling: reduced pitch during hard braking and fast acceleration, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**Adjustable Vehicle Dynamics**: During normal road driving, **our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates steering angle**, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1]<br><br>"**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2] |
| c) adjusting a suspension characteristic of the vehicle base upon the lateral acceleration of the vehicle. | "**Adaptive Suspension Damping: When Plaid Track Mode is engaged, adaptive suspension damping is optimized for track handling: reduced pitch during hard braking and fast acceleration, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1]<br><br>"**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2] |

# EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 22 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| The method of claim 21, wherein the suspension is adjusted in order to move the center of gravity of the vehicle in order to more evenly distribute the load of the vehicle. | "**Your Model X is equipped with Adaptive Air Suspension that offers superior ride quality and allows you to choose a softer or firmer ride based on your preference. When carrying loads, the system also maintains a level height between the front and rear.** You can manually adjust the ride height to suit your circumstances (for example, you can raise Model X when you need extra ground clearance, such as when driving on a steep driveway or ramp, in deep snow, over large speed bumps, parking curbs, etc.)." [5]<br><br>"The **vehicle automatically levels to the Standard ride height**, unless Automatic Lowering has been set to "Always Low**" to ensure optimum comfort and handling under all loading conditions (extra passengers, heavy luggage, etc.)**. **This also ensures that the vehicle has the proper ride height under all loading conditions (the rear of the vehicle does not sag down when heavily loaded)**." [6] p.16<br><br>"This **ECU controls the height of the vehicle by managing the air pressure inside the suspension system**, using the Compressor and Valve Body. **It calculates the height of each axle separately by averaging the height signals it receives from the height sensors located on each corner of the vehicle, located on the Suspension assembly**. Using the touchscreen, the driver can manually choose between four different vehicle height levels. When the vehicle is being driven, height levels can also change automatically, depending on the vehicle's speed/user settings. **When the vehicle is parked, height levels can also change automatically after loading and unloading passengers,** once all doors are closed. To prevent headlights from blinding oncoming traffic during height changes, the ECU keeps the rear axle higher than the front axle." [6] p.10-11<br><br>"**Damping can also still be adjusted to a good degree at different ride heights.** One is not completely dependent on the other as it was with the previous system. It's one of the most notable improvements of the Raven suspension. The car is notably more comfortable while cruising on the highway in Low ride height but can stiffen up for better handling when needed.<br>Regarding ride height, **the Standard position gives normal ground clearance to clear speed bumps and not scrape on wheel stops**. It's not high. The only reason they don't default to low is because the low setting scrapes on everything. Which is impractical for street driving. **The efficiency penalty is also negligible at street speeds, and the super low center of gravity keeps the car stable**. Once you're on the highway, where you don't have to worry about ground clearance and where aero actually makes a big difference, the car drops automatically to minimize drag." [7] |

## EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 23 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| The method of claim 21, wherein the suspension is stiffened or loosened based upon the lateral acceleration of the vehicle. | "**Adaptive Suspension Damping: When Plaid Track Mode is engaged, adaptive suspension damping is optimized for track handling: reduced pitch during hard braking and fast acceleration, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1] <br><br> "**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1] <br><br> "**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2] <br><br> "**Lateral** and Longitudinal **Accelerations are monitored during Standstill and Drive.**" [6] p.24 <br><br> (*continued*) |

## EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 23 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| The method of claim 21, wherein the suspension is stiffened or loosened based upon the lateral acceleration of the vehicle.<br><br>(*repeated*) | "**The settings associated with Adaptive Suspension Damping provide real-time adjustments to the suspension system to optimize both ride and handling**. Choose from:<br>• Comfort - **Provides a gentler ride for a relaxed driving experience**.<br>• Auto - **Adjusts to a wide range of roads and driving styles**, providing a fluid yet well controlled ride.<br>• Sport - **Provides a firmer, more controlled ride that increases driver engagement and connection to the road**.<br>• Advanced - Can be used to fine tune the suspension by dragging individual sliders that adjust Ride Comfort and Handling.<br>**Touch Show Suspension Data to display detailed information about the dampers for each wheel**, including ride height, compression and rebound values, **and body accelerations**." [5]<br><br>*[Screenshot showing Adaptive Suspension Damping display:*<br>*Front Left: Ride Height 1.10 inches, Compression Damping 4%, Rebound Damping 0%, Body Acceleration 0.00 g*<br>*Front Right: Ride Height 1.57 inches, Compression Damping 0%, Rebound Damping 4%, Body Acceleration 0.00 g*<br>*Rear Left: Ride Height 1.42 inches, Compression Damping 0%, Rebound Damping 8%, Body Acceleration 0.00 g*<br>*Rear Right: Ride Height 1.26 inches, Compression Damping 0%, Rebound Damping 8%, Body Acceleration 0.00 g*<br>*Mode tabs: Comfort (selected), Auto, Sport, Advanced]* [8] @2:52 |

### EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 24 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| The method of claim 21, wherein the suspension is arranged into quadrants. | "This **ECU controls the height of the vehicle by managing the air pressure inside the suspension system**, using the Compressor and Valve Body. **It calculates the height of each axle separately by averaging the height signals it receives from the height sensors located on each corner of the vehicle, located on the Suspension assembly**. Using the touchscreen, the driver can manually choose between four different vehicle height levels. When the vehicle is being driven, height levels can also change automatically, depending on the vehicle's speed/user settings." [6] p.10<br><br>[8] @2:52 |

# EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| Claim 25 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| The method of claim 21, wherein the suspension is arranged into four quadrants. | "This **ECU controls the height of the vehicle by managing the air pressure inside the suspension system**, using the Compressor and Valve Body. **It calculates the height of each axle separately by averaging the height signals it receives from the height sensors located on each corner of the vehicle, located on the Suspension assembly**. Using the touchscreen, the driver can manually choose between four different vehicle height levels. When the vehicle is being driven, height levels can also change automatically, depending on the vehicle's speed/user settings." [6] p.10 |
| | [8] @2:52      [8] @2:52 |

## EVIDENCE OF USE – U.S. PATENT NO. 8,315,769

| | References |
|---|---|
| 1 | Introducing Plaid Track Mode <br> https://www.tesla.com/blog/introducing-plaid-track-mode |
| 2 | Track Mode <br> https://www.tesla.com/ownersmanual/models/en_us/GUID-4B41E787-8D69-4338-98B8-2F70A76629A8.html |
| 3 | Air Suspension <br> https://www.tesla.com/ownersmanual/2012_2020_models/en_us/GUID-F1B6801A-8946-41AD-8CF9-7A963CDA38E4.html |
| 4 | Acceleration FAQ <br> https://wiki.csiamerica.com/display/kb/Acceleration+FAQ |
| 5 | Air Suspension <br> https://www.tesla.com/ownersmanual/modelx/en_tw/GUID-F1B6801A-8946-41AD-8CF9-7A963CDA38E4.html |
| 6 | Electronic Air Suspension <br> https://teslamotorsclub.com/tmc/attachments/electronic-air-suspension-vehicles-built-before-april-11-2016-theory-of-op-pdf.1024242/ |
| 7 | Tesla is rolling out suspension update with real-time visualization <br> https://electrek.co/2020/08/21/tesla-suspension-update-real-time-visualization/ |
| 8 | Tesla Adaptive Air Suspension Overview & 2 Ways to Adjust <br> https://www.youtube.com/watch?v=OS_xJoaUVy8 |