# EXHIBIT B

# EVIDENCE OF USE – U.S. PATENT NO. 8,682,558

| Claim 21 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| A method of monitoring and controlling the performance characteristics of a vehicle, comprising: | "Since **Track Mode was launched in 2018 on Model 3 Performance,** we have taken advantage of instant motor torque to make cornering on the track feel as natural as forward acceleration. This week, **Plaid Track Mode is rolling out to Model S Plaid vehicles across North America**. **With Plaid Track Mode** our goals were simple: achieve the quickest lap time for a production electric vehicle at Germany's Nürburgring, and **allow individual adjustability of stability control, handling balance and regenerative braking to give drivers more authority over vehicle control** at the racetrack." [1]<br><br>"**Adaptive Suspension Damping**: **When Plaid Track Mode is engaged, adaptive suspension damping is optimized** for track handling: reduced pitch during hard braking and fast acceleration**, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1] |

# EVIDENCE OF USE – U.S. PATENT NO. 8,682,558

| Claim 21 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| a) sensing an absolute acceleration of the vehicle at the vehicle; | "**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1]<br><br>"**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2]<br><br>"**Touch Show Suspension Data to display detailed information about the dampers for each wheel, including** ride height, compression and rebound values, and **body accelerations**." [3] |
| b) sending a signal to a vehicle computer unit based upon the absolute acceleration of the vehicle; and | "**Adaptive Suspension Damping: When Plaid Track Mode is engaged, adaptive suspension damping is optimized for track handling: reduced pitch during hard braking and fast acceleration, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1]<br><br>"**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2] |
| c) operating one or more vehicle performance systems based upon the absolute acceleration of the vehicle. | "**Adaptive Suspension Damping: When Plaid Track Mode is engaged, adaptive suspension damping is optimized for track handling: reduced pitch during hard braking and fast acceleration, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**Adjustable Vehicle Dynamics**: During normal road driving, our stability control systems are optimized to limit tire slippage and maximize grip to keep the driver safe. **In Plaid Track Mode, stability controls enter a race tuning to give the driver maximum control over the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates** steering angle, **accelerator**, and brake pedal inputs **to determine where the driver wants to place the car** and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering." [1]<br><br>"**G-Meter**: **In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen**. **The G-Meter graphically displays peak lateral** and longitudinal **acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [2] |

EVIDENCE OF USE – U.S. PATENT NO. 8,682,558

| Claim 23 | EOU by Tesla Adaptive Suspension Damping |
|---|---|
| The method of claim 21 wherein the vehicle computer unit receives a signal corresponding to the absolute acceleration of the vehicle and uses a baseline performance data to either self correct a performance characteristic of the vehicle or issue a warning. | "**Adaptive Suspension Damping**: **When Plaid Track Mode is engaged, adaptive suspension damping is optimized for track handling: reduced pitch during hard braking and fast acceleration, rebalanced damping to improve responsiveness, and faster settling of vehicle disturbances over bumpy segments to increase driver confidence**. To facilitate consistent dynamic driving, ride height is set to Low on drive-off, and the suspension will no longer automatically raise to improve comfort." [1]<br><br>"**If a fault is detected that reduces the performance of the adaptive air suspension system, a yellow indicator lights up on the instrument panel.** If the problem persists, contact Tesla." [5]<br><br>"TAS_a313: **Adaptive ride control degraded** - Ride comfort may be reduced:<br>What this alert means: **There is an issue with your vehicle's Adaptive Suspension Damping system**. As a result, the system cannot provide real-time adjustments to the suspension system to optimize both ride and handling.<br>Instead, all dampers are receiving fixed current. **Your ride may be softer or firmer than usual**… This alert is accompanied by a yellow indicator light on the touchscreen.** For more information, see Suspension." [6]<br><br>"TAS_a314: **Adaptive ride control unavailable** - Vehicle speed limited - Proceed with caution:<br>What this alert means: **There is an issue with your vehicle's Adaptive Suspension Damping system. As a result, the system cannot provide real-time adjustments to the suspension system to optimize both ride and handling, and your ride may be softer than usual**…<br>Your vehicle is OK to drive in the meantime. **This alert is accompanied by a red indicator light on the touchscreen**. For more information, see Suspension." [6]<br><br>"TAS_a314 / TAS_a314_dampingReduced: Alert Description: **The Tesla Air Suspension controller (TAS) detects a condition affecting the Adaptive Suspension Damping system**." [7] |

## EVIDENCE OF USE – U.S. PATENT NO. 8,682,558

| | References |
|---|---|
| 1 | Introducing Plaid Track Mode<br>https://www.tesla.com/blog/introducing-plaid-track-mode |
| 2 | Track Mode<br>https://www.tesla.com/ownersmanual/models/en_us/GUID-4B41E787-8D69-4338-98B8-2F70A76629A8.html |
| 3 | Air Suspension<br>https://www.tesla.com/ownersmanual/2012_2020_models/en_us/GUID-F1B6801A-8946-41AD-8CF9-7A963CDA38E4.html |
| 4 | Acceleration FAQ<br>https://wiki.csiamerica.com/display/kb/Acceleration+FAQ |
| 5 | Air Suspension<br>https://www.tesla.com/ownersmanual/modelx/en_us/GUID-F1B6801A-8946-41AD-8CF9-7A963CDA38E4.html |
| 6 | Troubleshooting Alerts<br>https://www.tesla.com/ownersmanual/model3/en_us/GUID-9A3F0F72-71F4-433D-B68B-0A472A9359DF.html |
| 7 | Tesla Model S alerts codes<br>https://tesware.net/alerts/modelS/TAS_a314_dampingReduced |