# EXHIBIT C

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| A communication method for a moving vehicle comprising: | "**Traffic-Aware Cruise Control**: Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. **However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.**" [1] p.104 |
| | "Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you,** press the steering wheel's right scroll button to the left or right… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you. Autopilot retains your setting** until you change it again." [1] p.109 |
| | "**Event Data Recorder (EDR): Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as an airbag deployment or hitting a road obstacle, to better understand how the vehicle's systems performed.** The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less." [1] p.294 |
| | "**EDR data records the status of these intelligent control functions** (including but not limit to): Brake System Alarm Status, **Adaptive Cruise Control System Status**…" [3] |
| | "**Vehicle Telematics**: Model Y is equipped with electronic modules that monitor and record data from various vehicle systems, **including** the motor, **Autopilot components**, Battery, braking and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration,** trip **and other related information regarding your vehicle.** These modules also record information about the vehicle's features such as charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, direction and location. **The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294  [2] @1:35 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| a) calculating a distance of the vehicle from an object; and | "**Traffic-Aware Cruise Control**: Like traditional cruise control, **Traffic-Aware Cruise Control** maintains a set driving speed. **However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.** While Traffic-Aware Cruise Control is engaged, you are still responsible for steering Model Y (see Traffic-Aware Cruise Control)." [1] p.104<br><br>"Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you,** press the steering wheel's right scroll button to the left or right… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Autopilot retains your setting until you change it again." [1] p.109<br><br>"**Your Tesla vehicle measures** its own speed, the speed of the vehicle in front and **the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds**. Unsafe following is only measured when your vehicle is traveling at least 50 mph and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [4] |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| b) recording the event if the vehicle enters a safe-zone threshold with respect to the object, wherein the safe-zone threshold depends on a traveling speed of the vehicle, and further wherein the safe-zone threshold increases as the speed of the vehicle increases once the vehicle reaches a determined speed. | "**Traffic-Aware Cruise Control: Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.**" [1] p.104<br><br>"Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you, press the steering wheel's right scroll button to the left or right**... **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Autopilot retains your setting until you change it again." [1] p.109<br><br>"**Vehicle Telematics: Model Y is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, **Autopilot components**, Battery, **braking** and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration,** trip **and other related information regarding your vehicle. These modules also record information about the vehicle's features such** as charging events and status, **the enabling/disabling of various systems**, diagnostic trouble codes, VIN, **speed, direction and location. The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294<br><br>(*continued*) |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| b) recording the event if the vehicle enters a safe-zone threshold with respect to the object, wherein the safe-zone threshold depends on a traveling speed of the vehicle, and further wherein the safe-zone threshold increases as the speed of the vehicle increases once the vehicle reaches a determined speed.<br><br>(repeated) | "**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [4]<br><br>"**Unsafe following**: Do not tailgate or drive close to the vehicle in front. Maintain a following distance of several car-lengths to the vehicle in front to have sufficient time to react to its speed. **Remember that driving at higher speeds** in inclement weather or on slick road surfaces **requires a greater following distance to allow sufficient time to react safely**." [4]<br><br>"**Event Data Recorder (EDR)**: Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data** such as an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.294<br><br>"**EDR data records the status of these intelligent control functions** (including but not limit to): Brake System Alarm Status, **Adaptive Cruise Control System Status**…" [3]<br><br><br>[2] @1:35 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 13 | EOU by Tesla Autopilot |
|---|---|
| The communication method of <u>claim 12</u>, wherein the event is saved. | "How It Works: **Autopilot uses the cameras on Model Y, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model Y (see Cameras)." [1] p.101 |
| | "**Autopilot Features**: **These features use information from the cameras on Model Y to detect** lane markings, road edges, and **other vehicles and road users around Model Y**." [1] p.104 |
| | "**Event Data Recorder (EDR)**: **Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as** an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.294 |
| | "**Vehicle Telematics**: **Model Y is equipped with electronic modules that monitor and record data from various vehicle systems, including** the motor, **Autopilot components**, Battery, braking and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration**, trip **and other related information regarding your vehicle.** These modules also record information about the vehicle's features such as charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, direction and location. **The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 14 | EOU by Tesla Autopilot |
|---|---|
| The communication method of <u>claim 13</u>, wherein a plurality of different recorded events recorded at different times are saved. | "**Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, such as an airbag deployment or hitting a road obstacle, data to help analyze the vehicle status and driving data at the time of an accident and to be used for post-accident cause analysis and responsibility determination.**" [3] <br><br> "**If the EDR system does not have sufficient space to record an event, the current event data overwrites the preceding unlocked event data and such overwriting is made in time sequence. The locked event data is not overwritten by the subsequent event data.**" [3] <br><br> "**EDR data records the status of these intelligent control functions** (including but not limit to): <ul><li>Brake System Alarm Status</li><li>**Adaptive Cruise Control System Status**</li><li>Anti-lock Braking System Status</li><li>Automatic Emergency Braking System Status</li><li>Electronic Stability Control System Status</li></ul> Traction Control System Status" [3] |
| | "**The EDR is designed to record data specified in national regulation** GB39732 includes but is not limited to the following data elements: <ul><li>VIN</li><li>**Vehicle Speed** (vehicle speed in EDR data is from DI calculation, consistent with the UI displayed speed)</li><li>**Longitudinal Delta-V**</li><li>**Maximum Recorded Longitudinal Delta-V**</li><li>**Time for Reaching the Maximum Recorded Longitudinal Delta-V**</li><li>Lateral Delta-V</li><li>Longitudinal Acceleration</li><li>Lateral Acceleration</li><li>Yaw Angular Velocity</li><li>Steering Angular Velocity</li><li>Driver Safety Belt Status</li></ul> Airbag Status" [3] |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 15 | EOU by Tesla Autopilot |
|---|---|
| The communication method of claim 13, wherein the saved event is retrievable. | "**Event Data Recorder (EDR)**: **Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as** an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.294<br><br>"**Tesla EDR Retrieval Tool**: **The Tesla EDR Tool** contains specialized hardware for used by accident reconstructionist, law enforcement, insurance SIU investigators, vehicle crash researchers, and others **to retrieve EDR data. The Tesla EDR Tool contains all the hardware required to download Event Data Recorder (EDR) data that may be stored in Tesla Model 3, Model S, Model X, Model Y, and Cybertruck vehicles. The specialty cables included in this tool are designed by Tesla engineers to retrieve EDR data in Tesla vehicles** using the in-car, direct-to-module, or DLC/OBD method." [5] |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 16 | EOU by Tesla Autopilot |
|---|---|
| The communication method of <u>claim 15</u>, wherein the saved event is automatically retrievable. | "**Vehicle Telematics**: **Model Y is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, **Autopilot components**, Battery, braking and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration**, trip **and other related information regarding your vehicle.** These modules also record information about the vehicle's features such as charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, direction and location. **The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 17 | EOU by Tesla Autopilot |
|---|---|
| The communication method of <u>claim 12</u>, wherein the safe-zone threshold is a programmable value. | "**Adjusting the Following Distance: To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you, press the steering wheel's right scroll button to the left or right**… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you. Autopilot retains your setting** until you change it again." [1] p.109 <br><br> "Maintaining the Set Speed: When Autopilot is active, Model Y maintains your set cruising speed whenever a vehicle is not detected in front of it. **When cruising behind a vehicle, Model Y accelerates and decelerates as needed to maintain a chosen following distance** (see **Adjusting the Following Distance**), up to the set speed." [1] p.108 <br><br> "Traffic-Aware Cruise Control: Like traditional cruise control, **Traffic-Aware Cruise Control maintains a set driving speed**. **However,** Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you." [1] p.104 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 18 | EOU by Tesla Autopilot |
|---|---|
| The communication method of claim 12, further comprising adjusting the speed of the vehicle based upon the distance of the vehicle from the object. | "**Traffic-Aware Cruise Control**: Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. **However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.** While Traffic-Aware Cruise Control is engaged, you are still responsible for steering Model Y (see Traffic-Aware Cruise Control)." [1] p.104<br><br>"Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you, press the steering wheel's right scroll button to the left or right**… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Autopilot retains your setting until you change it again." [1] p.109<br><br>"Maintaining the Set Speed: When Autopilot is active, Model Y maintains your set cruising speed whenever a vehicle is not detected in front of it. **When cruising behind a vehicle, Model Y accelerates and decelerates as needed to maintain a chosen following distance** (see Adjusting the Following Distance), up to the set speed." [1] p.108 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 19 | EOU by Tesla Autopilot |
|---|---|
| A communication system for a vehicle comprising: | "**Traffic-Aware Cruise Control**: Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. **However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.** While Traffic-Aware Cruise Control is engaged, you are still responsible for steering Model Y (see Traffic-Aware Cruise Control)." [1] p.104 |
| | "Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you, press the steering wheel's right scroll button to the left or right**… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Autopilot retains your setting until you change it again." [1] p.109 |
| | "How It Works: **Autopilot uses the cameras on Model Y, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model Y (see Cameras)." [1] p.101 |
| | **Event Data Recorder (EDR)**: Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as an airbag deployment or hitting a road obstacle, to better understand how the vehicle's systems performed.** The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less." [1] p.294 |
| | "**EDR data records the status of these intelligent control functions** (including but not limit to): Brake System Alarm Status, **Adaptive Cruise Control System Status**…" [3] |
| | "**Vehicle Telematics**: Model Y is equipped with electronic modules that monitor and record data from various vehicle systems**, including** the motor, **Autopilot components**, Battery, braking and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration,** trip **and other related information regarding your vehicle.** These modules also record information about the vehicle's features such as charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, direction and location. **The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294 |
| |  |
| | [2] @1:35 |

**EVIDENCE OF USE – U.S. PATENT NO. 9,830,821**

| Claim 19 | EOU by Tesla Autopilot |
|---|---|
| a) a system located within a vehicle to calculate and record an unsafe distance encroachment event by the vehicle into a safe-zone threshold with respect to an object, wherein the safe-zone threshold depends on a traveling speed of the vehicle, and further wherein the safe-zone threshold increases as the speed of the vehicle increases once the vehicle reaches a determined speed; and | "**Traffic-Aware Cruise Control**: Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. **However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.** While Traffic-Aware Cruise Control is engaged, you are still responsible for steering Model Y (see Traffic-Aware Cruise Control)." [1] p.104<br><br>"Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you, press the steering wheel's right scroll button to the left or right**… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Autopilot retains your setting until you change it again." [1] p.109 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 19 | EOU by Tesla Autopilot |
|---|---|
| b) a database for saving the encroachment event, wherein the database is not located within the vehicle. | "**Vehicle Telematics**: Model Y is equipped with electronic modules that monitor and record data from various vehicle systems, **including** the motor, **Autopilot components**, Battery, braking and electrical systems. **The electronic modules record information about various driving** and vehicle **conditions, including braking, acceleration**, trip **and other related information regarding your vehicle.** These modules also record information about the vehicle's features such as charging events and status, **the enabling/disabling of various systems,** diagnostic trouble codes, VIN, **speed, direction and location. The data is stored by the vehicle and may be accessed,** used and stored by Tesla service technicians during vehicle servicing or **periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294<br><br>"**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula. The percentage shown in the Tesla app is the percentage of unsafe following when driving and Autopilot is not engaged. The value is capped at 63.2% in the Safety Score Beta formula." [4] |

### EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 20 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 19</u>, wherein the unsafe distance is programmable. | "**Traffic-Aware Cruise Control**: Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. **However, Traffic-Aware Cruise Control also slows down or accelerates Model Y as needed to maintain the following distance from the vehicle in front of you.** While Traffic-Aware Cruise Control is engaged, you are still responsible for steering Model Y (see Traffic-Aware Cruise Control)." [1] p.104 |
| | "Adjusting the Following Distance: **To adjust the following distance you want to maintain between Model Y and a vehicle traveling ahead of you, press the steering wheel's right scroll button to the left or right**… **Each setting corresponds to a time-based distance that represents how long it takes for Model Y, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Autopilot retains your setting until you change it again." [1] p.109 |
| | "Maintaining the Set Speed: When Autopilot is active, Model Y maintains your set cruising speed whenever a vehicle is not detected in front of it. **When cruising behind a vehicle, Model Y accelerates and decelerates as needed to maintain a chosen following distance** (see Adjusting the Following Distance), up to the set speed." [1] p.108 |

EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 21 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 19</u>, wherein the encroachment event is automatically saved within the database. | "**Event Data Recorder (EDR)**: Model Y is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as an airbag deployment or hitting a road obstacle, to better understand how the vehicle's systems performed.** The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less." [1] p.294<br><br>"**EDR data records the status of these intelligent control functions** (including but not limit to): Brake System Alarm Status, **Adaptive Cruise Control System Status**…" [3]<br><br>"**Vehicle Telematics**: Model Y is equipped with electronic modules that monitor and record data from various vehicle systems, **including** the motor, **Autopilot components**, Battery, braking and electrical systems. **The electronic modules record information about various driving** and vehicle **conditions**, including braking, acceleration, trip and other related information **regarding your vehicle.** These modules also record information about the vehicle's features such as charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, direction and location. **The data is** stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or **periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| Claim 24 | EOU by Tesla Autopilot |
|---|---|
| The communication method of claim 12, wherein recording comprises recording a GPS location of the vehicle. | "**Vehicle Telematics**: **Model Y is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, Autopilot components, Battery, braking and electrical systems. **The electronic modules record information about various driving** and vehicle **conditions**, including braking, acceleration, trip and other related information **regarding your vehicle. These modules also record information about the vehicle's features such as** charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, **direction and location. The data is** stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or **periodically transmitted to Tesla wirelessly through the vehicle's telematics system.** [1] p.294

"Traffic Light and Stop Sign Control is designed to recognize and respond to traffic lights and stop signs, slowing Model Y to a stop **when using Traffic-Aware cruise control** or Autosteer. **This feature uses the vehicle's** forward-facing cameras, in addition to **GPS data**, and slows the car for all detected traffic lights, including green, blinking yellow, and off lights in addition to stop signs and some road markings." [1] p.113 |

## EVIDENCE OF USE – U.S. PATENT NO. 9,830,821

| References |
|---|
| 1 | MODEL Y<br>https://www.tesla.com/ownersmanual/modely/en_us/Owners_Manual.pdf |
| 2 | Autopilot<br>https://www.youtube.com/watch?v=RjnH-yIDYVk |
| 3 | Disclaimers<br>https://www.tesla.com/ownersmanual/modely/en_cn/GUID-2E8E5E0B-DAA8-40B8-9804-45F5960538DF.html |
| 4 | Safety Score<br>https://www.tesla.com/support/insurance/safety-score |
| 5 | EDR Tool for Tesla Vehicles<br>https://crashdatagroup.com/collections/tesla-edr-tool?srsltid=AfmBOoqJq5TQ36U2l8l9T9ryc900X9pyaa0DP5x1jJiw2Gpypkm93sXs |