# EXHIBIT D

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 9 | EOU by Tesla Traction and Stability Control |
|---|---|
| A method of monitoring a vehicle comprising: | "**The traction control system constantly monitors the speed of the front and rear wheels.** If Model S experiences a loss of traction, the system minimizes wheel spin **by controlling brake pressure and motor power. By default, the traction control system is on.**" [1] <br><br> "**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2] <br><br> "**The Electronic Stability Control system (ESC) combines all active safety controls that assist with braking, acceleration**, and cornering into one module. The following functions are present on the **Model S ESC**." [3] p.2 <br><br> "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors. ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2 <br><br> "**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor** is located under the center console. **The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction**. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit over the CAN network." [3] p.6 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 9 | EOU by Tesla Traction and Stability Control |
|---|---|
| a) detecting a lateral acceleration of the vehicle; | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor** is located under the center console. **The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit** over the CAN network." [3] p.6<br><br>"**G-Meter**: In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen. **The G-Meter graphically displays peak lateral and longitudinal acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [5] |
| b) determining whether the lateral acceleration of the vehicle is greater than a threshold value; and | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors**. ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console. The sensor is used for ESC operation** and measures the vehicle's rotation around its vertical axis (yaw rate), **while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit over the CAN network**." [3] p.6<br><br>"**ESC monitors for under-steer or over-steer events during cornering**. In the case of **understeering**, braking the rear inside wheel results in a positive yaw power that helps the vehicle turn into the corner. During **oversteering**, braking the front outside wheel results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. If the vehicle path deviates from the driver's path, **ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. **ESC works on all road surfaces and weather conditions** to help utilize all available road force **to keep the vehicle stable**." [3] p.2 |

### EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 9 | EOU by Tesla Traction and Stability Control |
|---|---|
| c) based on a heading of the vehicle and if the lateral acceleration is greater than the threshold value, reducing the speed of the vehicle. | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors. ESC calculates the intended path of the vehicle based on the driver's inputs** (from a **steering angle sensor**) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console. The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit** over the CAN network." [3] p.6<br><br>"ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel results in a positive yaw torque that helps the vehicle turn into the corner. During oversteering, braking the front outside wheel results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also **controls and limits engine power to the extent necessary to support lateral tire grip during cornering**. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2<br><br>"**Traction Control System (TCS)**: **TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning…**" [3] p.2<br><br>"In Plaid Track Mode, **stability controls** enter a race tuning to give the driver maximum control over **the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates steering angle, accelerator, and brake pedal inputs to determine where the driver wants to place the car and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering**." [6] |

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 10 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 9, wherein if the lateral acceleration is greater than the threshold value, then an alert is also issued. | "**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2]<br><br>"**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a **steering angle sensor**) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console**. **The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit** over the CAN network." [3] p.6<br><br>"**This yellow indicator flashes on the instrument panel whenever the traction control system is actively controlling brake pressure and motor power to minimize wheel spin.** If the indicator stays on, a fault is detected with the traction control system. Contact Tesla Service." [1] |

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 11 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 9, wherein a control device sends a signal to a speed reduction activation circuit to reduce a speed of the vehicle if the lateral acceleration is greater than the threshold value. | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console**. The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit over the CAN network." [3] p.6<br><br>"**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable.** [3] p.2<br><br>"**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2]<br><br>"**Traction Control System (TCS)**: **TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning.** This enables ascending gradients in conditions where one driven wheel has low grip." [3] p.2<br><br>"**The traction control system constantly monitors the speed of the front and rear wheels**. **If Model S experiences a loss of traction, the system minimizes wheel spin by controlling brake pressure and motor power**." [1]<br><br>"In Plaid Track Mode, **stability controls** enter a race tuning to give the driver maximum control over **the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates steering angle, accelerator, and brake pedal inputs to determine where the driver wants to place the car and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering**." [6] |

**EVIDENCE OF USE – U.S. PATENT NO. 10,391,989**

| Claim 12 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 11, wherein the control device sends a signal to the speed reduction circuit which slows a propulsion of the engine. | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console**. The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit over the CAN network." [3] p.6<br><br>"**ESC monitors for under-steer or over-steer events during cornering.** In the case of understeering, braking the rear inside wheel results in a positive yaw torque that helps the vehicle turn into the corner. During oversteering, braking the front outside wheel results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path. **ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering**. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable**." [3] p.2<br><br>"**Traction Control System (TCS)**: **TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**." [3] p.2<br><br>"In Plaid Track Mode, **stability controls** enter a race tuning to give the driver maximum control over **the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates steering angle, accelerator, and brake pedal inputs to determine where the driver wants to place the car and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering**." [6] |

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 13 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 11, wherein the control device sends a signal to the speed reduction circuit which slows a drive wheel of the vehicle. | "**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path.** ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2<br><br>"**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2]<br><br>"**Traction Control System (TCS)**: TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning.** This enables ascending gradients in conditions where one driven wheel has low grip." [3] p.2<br><br>"**The traction control system constantly monitors the speed of the front and rear wheels**. **If Model S experiences a loss of traction, the system minimizes wheel spin by controlling brake pressure and motor power**." [1] |

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 14 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 11, wherein the control device sends a signal to the speed reduction circuit which activates a braking system of the vehicle. | "**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2<br><br>"**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2]<br><br>"**Traction Control System (TCS)**: TCS functions to prevent excessive motor torque from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning.** This enables ascending gradients in conditions where one driven wheel has low grip." [3] p.2<br><br>"**The traction control system constantly monitors the speed of the front and rear wheels**. **If Model S experiences a loss of traction, the system minimizes wheel spin by controlling brake pressure and motor power**." [1] |

## EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 15 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 14, wherein the braking system is activated based upon a change of heading of the vehicle and the direction of lateral acceleration. | **Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors. ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2 |
| | "**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2 |
| | "**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2] |
| | "**Traction Control System (TCS)**: **TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning**." [3] p.2 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 16 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 14, wherein the braking system is activated based upon a rate of change of heading of the vehicle and the direction of lateral acceleration. | **Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors. **ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor**." [3] p.2 <br><br> "**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2 <br><br> "**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2] <br><br> "**Traction Control System (TCS)**: **TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning.**" [3] p.2 |

EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 18 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 9, wherein the vehicle comprises one of an automobile, a bus, a motorcycle, and a train. | Tesla provides automobiles such as its Model S which provide Tesla Traction and Stability Control.<br><br>[7] |

EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 19 | EOU by Tesla Traction and Stability Control |
|---|---|
| The method of claim 11, wherein the control device activates a performance warning system if the lateral acceleration exceeds the threshold value. | **Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering.** **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console.** The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. **The ESC function uses the sensor inputs to detect the onset of side slip during cornering.** The sensor communicates to the ESC control unit over the CAN network." [3] p.6<br><br>"**This yellow indicator flashes on the instrument panel whenever the traction control system is actively controlling brake pressure and motor power to minimize wheel spin.** If the indicator stays on, a fault is detected with the traction control system. Contact Tesla Service." [1] |

**EVIDENCE OF USE – U.S. PATENT NO. 10,391,989**

| Claim 1 | EOU by Tesla Traction and Stability Control |
|---|---|
| A vehicle monitoring system comprising: | "**The traction control system constantly monitors the speed of the front and rear wheels.** If Model S experiences a loss of traction, the system minimizes wheel spin **by controlling brake pressure and motor power. By default, the traction control system is on.**" [1] |
| | "**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2] |
| | "**The Electronic Stability Control system (ESC) combines all active safety controls that assist with braking, acceleration**, and cornering into one module. The following functions are present on the **Model S ESC**." [3] p.2 |
| | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors. ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor)** and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2 |
| | "**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor** is located under the center console. **The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction**. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit over the CAN network." [3] p.6 |

**EVIDENCE OF USE – U.S. PATENT NO. 10,391,989**

| Claim 1 | EOU by Tesla Traction and Stability Control |
|---|---|
| a) an accelerometer for detecting a lateral acceleration of the vehicle; | "**Electronic Stability Control (ESC)**: **The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a steering angle sensor) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2<br><br>"**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor** is located under the center console. **The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit** over the CAN network." [3] p.6<br><br>"**G-Meter**: In Track Mode, a real-time G-Meter displays on the Track Mode pane on the touchscreen. **The G-Meter graphically displays peak lateral and longitudinal acceleration values in the form of a circular meter**. The history of your drive is represented in the shaded area. The G-Meter resets at the start of each driving session." [5] |
| b) a speed reduction activation circuit; and | "**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2<br><br>"**Traction Control System (TCS)**: **TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning.** This enables ascending gradients in conditions where one driven wheel has low grip." [3] p.2<br><br>"**The traction control system constantly monitors the speed of the front and rear wheels**. **If Model S experiences a loss of traction, the system minimizes wheel spin by controlling brake pressure and motor power**." [1] |

## EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| Claim 1 | EOU by Tesla Traction and Stability Control |
|---|---|
| c) a control device, wherein the control device receives a signal from the accelerometer and sends a signal to the speed reduction activation circuit based upon the signal from the accelerometer, wherein the control device sends a signal to the speed reduction activation circuit to reduce a speed of the vehicle based on a heading of the vehicle and if the lateral acceleration is greater than a threshold value. | "**Electronic Stability Control (ESC): The ESC function assists the driver in maintaining control of the vehicle during cornering**. **ESC differs from TCS and ABS by using yaw rate and acceleration sensors in addition to wheel speed sensors.** ESC calculates the intended path of the vehicle based on the driver's inputs (from a **steering angle sensor**) and compares it to the measured rate of turn of the vehicle from the yaw rate sensor." [3] p.2 <br><br> "**Lateral acceleration and yaw rate sensor**: **The combined lateral acceleration/yaw rate sensor is located under the center console**. **The sensor is used for ESC operation and measures the vehicle's rotation around its vertical axis (yaw rate), while at the same time measuring the acceleration perpendicular to the driving direction. The ESC function uses the sensor inputs to detect the onset of side slip during cornering. The sensor communicates to the ESC control unit** over the CAN network." [3] p.6 <br><br> "**Tesla** solved the problem on the **Model S by selectively applying** rear brakes in order to transfer torque to the wheel that grips. **These commands are fed into the electronic stability control system which is capable of braking the rear wheels independently as a way to improve the handling of the car under various conditions.**" [2] <br><br> "**ESC monitors for under-steer or over-steer events during cornering. In the case of understeering, braking the rear inside wheel** results in a positive yaw torque that helps the vehicle turn into the corner. **During oversteering, braking the front outside wheel** results in a negative yaw torque that steers the vehicle out of the corner and helps the rear axle regain traction. **If the vehicle path deviates from the driver's path, ESC briefly applies the brakes at individual wheels to help steer the vehicle back to the intended path**. ESC also controls and limits engine power to the extent necessary to support lateral tire grip during cornering. ESC works on all road surfaces and weather conditions to help utilize all available road force to keep the vehicle stable." [3] p.2 <br><br> "**Traction Control System (TCS): TCS functions to prevent excessive motor torque** from reaching the driven wheels. **By monitoring wheel speeds, the TCS controller can modulate and reduce motor torque to prevent wheel spin. Tesla traction control** has been developed especially to **promote smooth wheel control during maximum acceleration**. In cases where one side of the car is driving over a low traction surface (such as patchy ice), **TCS can apply the brake at one wheel to stop it from spinning.** This enables ascending gradients in conditions where one driven wheel has low grip." [3] p.2 <br><br> "**The traction control system constantly monitors the speed of the front and rear wheels**. **If Model S experiences a loss of traction, the system minimizes wheel spin by controlling brake pressure and motor power**." [1] <br><br> "In Plaid Track Mode, **stability controls** enter a race tuning to give the driver maximum control over **the car's lateral movement**. With Plaid Track Mode engaged, **Tesla's Vehicle Dynamics Controller (VDC) evaluates steering angle, accelerator, and brake pedal inputs to determine where the driver wants to place the car and will permit tire slippage and automatically adjust torque split to give the driver even more authority and improved agility during high-speed cornering**." [6] |

## EVIDENCE OF USE – U.S. PATENT NO. 10,391,989

| # | References |
|---|---|
| 1 | Traction Control<br>https://www.tesla.com/ownersmanual/models/en_us/GUID-CC0F27E7-FD78-448D-B739-209EBBEDF2C3.html |
| 2 | How does the Tesla Model S Traction Control system work?<br>https://www.teslarati.com/how-tesla-model-s-traction-control-system-works/ |
| 3 | Stability Control and ABS<br>https://teslamotorsclub.com/tmc/attachments/stability-control-and-abs-pdf.470924/ |
| 4 | Acceleration FAQ<br>https://wiki.csiamerica.com/display/kb/Acceleration+FAQ |
| 5 | Track Mode<br>https://www.tesla.com/ownersmanual/models/en_us/GUID-4B41E787-8D69-4338-98B8-2F70A76629A8.html |
| 6 | Introducing Plaid Track Mode<br>https://www.tesla.com/en_mo/blog/introducing-plaid-track-mode |
| 7 | Model S<br>https://www.tesla.com/models |