# EXHIBIT E

**EVIDENCE OF USE – U.S. PATENT NO. 10,410,520**

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| A method of determining a safe distance of a vehicle from an object comprising: | "**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92 |
| | "Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 |
| | "Traffic-Aware Cruise Control maintains your set cruising speed whenever a vehicle is not detected in front of Model S. **When cruising behind a detected vehicle, Traffic-Aware Cruise Control accelerates and decelerates Model S as needed to maintain a chosen following distance** (see Adjust the Following Distance on page 95), up to the set speed." [1] p.93 |
| | "**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed.**" [2] p.2 |
| | (*continued*) |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| *A method of determining a safe distance of a vehicle from an object comprising:*<br><br>*(repeated)* | **3.0 AUTOPILOT**<br><br>    The Autopilot system is an advanced driver assistance system (ADAS), which controls vehicle speed and path by automated control of braking, steering and torque to the drive motors.   Figure 2 shows the components used by Autopilot to monitor the driving environment.    The major subsystems associated with operation in Autopilot mode are TACC and Autosteer.<br><br><br><br>1.   Ultrasonic sensors are located near the front and rear bumpers.<br>2.   A forward looking camera is mounted on the windshield under the rear view mirror.<br>3.   Radar is mounted in the front grill.<br>Driver Assistance vehicles also include high precision electrically-assisted braking and steering systems.<br><br>*Figure 2. 2016 Tesla Model S Driver Assistance Sensors (left) and Fields of View (right).*<br><br>    **3.1 Traffic-Aware Cruise Control (TACC).**  The Tesla TACC system uses information from the forward looking camera and radar sensor to determine if there is a vehicle in front of the Tesla in the same lane.  If there is no vehicle in front of the Tesla, TACC maintains a set driving speed selected by the driver.  When there is a lead vehicle detected that is travelling slower that the Tesla's set speed, the TACC will control motor torques to maintain a selected time-based distance from the lead vehicle. [3] |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| a) determining a speed of the vehicle; | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car and will accelerate/decelerate based on your set speed,** the following distance you've set, **and the speed of the tracked vehicle.** If the badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2<br><br>"**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles.**" [5] |
| b) calculating a distance between the vehicle and an object; and | "**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed** to slow down Model S as needed **to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92<br><br>"**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop.**" [5]<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car** and will accelerate/decelerate based on your set speed, **the following distance you've set**, **and the speed of the tracked vehicle.** If the badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2<br><br>"**Traffic aware cruise control, or TACC for short, adjusts speed based upon the vehicles ahead of you**… **while TACC is active, you can lift off the pedals and your Tesla will travel at the set speed** when the road is open **and will slow down as necessary for** curves and **traffic in your lane ahead.**" [4] @1:22<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance.** This distance will vary depending on your speed." [2] p.2 |

### EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 12 | EOU by Tesla Autopilot |
|---|---|
| c) based upon the speed of the vehicle and the distance from the object, determining determines whether the vehicle is a safe distance from the object, wherein the safe distance is determined according to a constant value defined according to the speed of the vehicle and the distance between the vehicle and the object. | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed**." [2] p.2<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car and will accelerate/decelerate based on your set speed, the following distance you've set, and the speed of the tracked vehicle.** If the badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2<br><br>"**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. **Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop.**" [5]<br><br>"**Traffic aware cruise control, or TACC for short, adjusts speed based upon the vehicles ahead of you**…while TACC is active, you can **lift off the pedals and your Tesla will travel at the set speed** when the road is open **and will slow down as necessary for** curves and **traffic in your lane ahead.**" [4] @1:22<br><br><br>[4] @1:44 |

EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 13 | EOU by Tesla Autopilot |
|---|---|
| The method of claim 12, wherein if the vehicle is an unsafe distance from the object, then the event is recorded. | "**Event Data Recorder (EDR)**: Model S is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data** such as an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.269<br><br>"**EDR data records the status of these intelligent control functions** (including but not limit to): Brake System Alarm Status, **Adaptive Cruise Control System Status**…" [6]<br><br>"Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"**Vehicle Telematics**: Model S is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, **Autopilot components**, Battery, **braking** and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration,** trip **and other related information regarding your vehicle. These modules also record information about the vehicle's features such** as charging events and status, **the enabling/disabling of various systems**, diagnostic trouble codes, VIN, **speed, direction and location**. **The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.**" [1] p.269<br><br>"**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' **Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula. The percentage shown in the Tesla app is the percentage of unsafe following when driving and Autopilot is not engaged. The value is capped at 63.2% in the Safety Score Beta formula." [5] |

EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 14 | EOU by Tesla Autopilot |
|---|---|
| The method of claim 13, wherein the recorded operation status is retrievable. | "**Event Data Recorder (EDR)**: **Model S is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as** an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.269<br><br>"**Tesla EDR Retrieval Tool**: **The Tesla EDR Tool** contains specialized hardware for used by accident reconstructionists, law enforcement, insurance SIU investigators, vehicle crash researchers, and others **to retrieve EDR data. The Tesla EDR Tool contains all the hardware required to download Event Data Recorder (EDR) data that may be stored in Tesla Model 3, Model S,  Model X, Model Y, and Cybertruck vehicles. The specialty cables included in this tool are designed by Tesla engineers to retrieve EDR data in Tesla vehicles** using the in-car, direct-to-module, or DLC/OBD method." [7] |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 15 | EOU by Tesla Autopilot |
|---|---|
| The method of claim 14, wherein the recorded operation status is automatically retrievable. | "**Vehicle Telematics**: **Model S is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, **Autopilot components**, Battery, **braking** and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration**, trip **and other related information regarding your vehicle. These modules also record information about the vehicle's features such** as charging events and status, **the enabling/disabling of various systems**, diagnostic trouble codes, VIN, **speed, direction and location. The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system."** [1] p.269 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 16 | EOU by Tesla Autopilot |
|---|---|
| The method of claim 12, wherein the safe distance is a programmable value. | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed.**" [2] p.2 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 20 | EOU by Tesla Autopilot |
|---|---|
| The method of <u>claim 12</u>, comprising a warning device that generates an alert if the vehicle is an unsafe distance from the object. | "How It Works: **Autopilot uses the cameras on Model S, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model S (see Cameras on page 19)." [1] p.89<br><br>"**Forward Collision Warning**: **Model S monitors the area in front of it for the presence of an object such as a vehicle,** motorcycle, bicycle, or pedestrian. **If a collision is considered likely** unless you take immediate corrective action, **Forward Collision Warning is designed to sound a chime and highlight the vehicle in front of you in red on the instrument panel**. If this happens, take immediate corrective action! **Visual and audible warnings cancel automatically when the risk of a collision has been reduced** (for example, you have decelerated or stopped Model S, or the object in front of your vehicle has moved out of your driving path). **If immediate action is not taken when Model S issues a Forward Collision Warning, Automatic Emergency Braking (if enabled) may automatically apply the brakes if a collision is considered imminent** (see Automatic Emergency Braking on page 134). **By default, Forward Collision Warning is turned on**. **To turn off or adjust sensitivity, touch Controls > Autopilot and then select Forward Collision Warning**. Instead of the default warning level of Medium, you can turn the warning Off, or you can choose to be warned Late or Early... **Forward Collision Warning operates only when driving between approximately 3 mph (5 km/h) and 124 mph (200 km/h)**." [1] p.133 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 21 | EOU by Tesla Autopilot |
|---|---|
| The method of claim 12, wherein the unsafe distance increases with an increase in speed of the vehicle. | "**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. **Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [5] |
| | "**Unsafe following**: Do not tailgate or drive close to the vehicle in front. Maintain a following distance of several car-lengths to the vehicle in front to have sufficient time to react to its speed. **Remember that driving at higher speeds** in inclement weather or on slick road surfaces **requires a greater following distance to allow sufficient time to react safely**." [5] |
| | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92 |
| | "Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 1 | EOU by Tesla Autopilot |
|---|---|
| A system for a moving vehicle comprising: | "**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"Traffic-Aware Cruise Control maintains your set cruising speed whenever a vehicle is not detected in front of Model S. **When cruising behind a detected vehicle, Traffic-Aware Cruise Control accelerates and decelerates Model S as needed to maintain a chosen following distance** (see Adjust the Following Distance on page 95), up to the set speed." [1] p.93<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed.**" [2] p.2<br><br>(*continued*) |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 1 | EOU by Tesla Autopilot |
|---|---|
| A system for a moving vehicle comprising:<br><br>(repeated) | **3.0 AUTOPILOT**<br><br>    The Autopilot system is an advanced driver assistance system (ADAS), which controls vehicle speed and path by automated control of braking, steering and torque to the drive motors.   Figure 2 shows the components used by Autopilot to monitor the driving environment.    The major subsystems associated with operation in Autopilot mode are TACC and Autosteer.<br><br><br><br>*Figure 2. 2016 Tesla Model S Driver Assistance Sensors (left) and Fields of View (right).*<br><br>    **3.1 Traffic-Aware Cruise Control (TACC).**  The Tesla TACC system uses information from the forward looking camera and radar sensor to determine if there is a vehicle in front of the Tesla in the same lane.   If there is no vehicle in front of the Tesla, TACC maintains a set driving speed selected by the driver.  When there is a lead vehicle detected that is travelling slower that the Tesla's set speed, the TACC will control motor torques to maintain a selected time-based distance from the lead vehicle. [3] |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 1 | EOU by Tesla Autopilot |
|---|---|
| a) a vehicle speed sensor configured for detecting a speed of the vehicle; | "**Electric sensors measure driving speed**, steering angle and yaw (the rotation of the car around the vertical axis) to determine the optimum position of the headlights **based on current driving conditions**." [1] p.68<br><br>"Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car and will accelerate/decelerate based on your set speed,** the following distance you've set, and the speed of the tracked vehicle**. If the badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2 |
| b) a range finder to calculate a distance between the vehicle and an object; and | "How It Works: **Autopilot uses the cameras on Model S, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model S (see Cameras on page 19)." [1] p.89<br><br>"**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance.** This distance will vary depending on your speed." [2] p.2<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car** and will accelerate/decelerate based on your set speed, **the following distance you've set, and the speed of the tracked vehicle. If the** badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 1 | EOU by Tesla Autopilot |
|---|---|
| c) a control device coupled to the vehicle speed sensor and the rangefinder, wherein the vehicle speed sensor sends a signal to control device based on the speed of the vehicle and the range finder sends a signal to the control device corresponding to the vehicles distance from the object and based upon the speed of the vehicle and the distance from the object, the control device determines whether the vehicle is a safe distance from the object, wherein the safe distance is determined according to a constant value defined according to the speed of the vehicle and the distance between the vehicle and the object. | "How It Works: **Autopilot uses the cameras on Model S, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model S (see Cameras on page 19)." [1] p.89 <br><br> "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92 <br><br> "Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 <br><br> "**Electric sensors measure driving speed**, steering angle and yaw (the rotation of the car around the vertical axis) to determine the optimum position of the headlights **based on current driving conditions**." [1] p.68 <br><br> "**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance.** This distance will vary depending on your speed." [2] p.2 <br><br> "**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car** and will accelerate/decelerate based on your set speed, **the following distance you've set, and the speed of the tracked vehicle.**" [2] p.2 <br><br> "**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called "headway." **Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [5] <br><br>  [4] @1:44 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 2 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 1</u>, wherein if the vehicle is an unsafe distance from the object, then the event is recorded. | "**Event Data Recorder (EDR)**: Model S is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data** such as an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.269 |
| | "**EDR data records the status of these intelligent control functions** (including but not limit to): Brake System Alarm Status, **Adaptive Cruise Control System Status**…" [6] |
| | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92 |
| | "**Vehicle Telematics**: Model S is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, **Autopilot components**, Battery, **braking** and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration**, trip **and other related information regarding your vehicle. These modules also record information about the vehicle's features such** as charging events and status, **the enabling/disabling of various systems**, diagnostic trouble codes, VIN, **speed, direction and location. The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system.**" [1] p.269 |
| | "**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula. The percentage shown in the Tesla app is the percentage of unsafe following when driving and Autopilot is not engaged. The value is capped at 63.2% in the Safety Score Beta formula." [5] |

**EVIDENCE OF USE – U.S. PATENT NO. 10,410,520**

| Claim 3 | EOU by Tesla Autopilot |
|---|---|
| The communication system of claim 2, wherein the recorded operation status is retrievable. | "**Event Data Recorder (EDR)**: **Model S is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as** an airbag deployment or **hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems** for a short period of time, typically 30 seconds or less." [1] p.269<br><br>"**Tesla EDR Retrieval Tool**: **The Tesla EDR Tool** contains specialized hardware for used by accident reconstructionists, law enforcement, insurance SIU investigators, vehicle crash researchers, and others **to retrieve EDR data. The Tesla EDR Tool contains all the hardware required to download Event Data Recorder (EDR) data that may be stored in Tesla Model 3, Model S,  Model X, Model Y, and Cybertruck vehicles. The specialty cables included in this tool are designed by Tesla engineers to retrieve EDR data in Tesla vehicles** using the in-car, direct-to-module, or DLC/OBD method." [7] |

**EVIDENCE OF USE – U.S. PATENT NO. 10,410,520**

| Claim 4 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 2</u>, wherein the recorded operation status is automatically retrievable. | "**Vehicle Telematics**: **Model S is equipped with electronic modules that monitor and record data from various vehicle systems**, **including** the motor, **Autopilot components**, Battery, **braking** and electrical systems. **The electronic modules record information about various driving and vehicle conditions, including braking, acceleration**, trip **and other related information regarding your vehicle. These modules also record information about the vehicle's features such** as charging events and status, **the enabling/disabling of various systems**, diagnostic trouble codes, VIN, **speed, direction and location. The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system."** [1] p.269 |

### EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 5 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 1</u>, wherein the safe distance is a programmable value. | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed**." [2] p.2 |

**EVIDENCE OF USE – U.S. PATENT NO. 10,410,520**

| Claim 9 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 1</u>, further comprising a speed control system coupled to the control device, wherein the control device operates the speed control system in a manner dependent upon the distance between the vehicle and the object. | "**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane... **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"Traffic-Aware Cruise Control maintains your set cruising speed whenever a vehicle is not detected in front of Model S. **When cruising behind a detected vehicle, Traffic-Aware Cruise Control accelerates and decelerates Model S as needed to maintain a chosen following distance**... up to the set speed." [1] p.93<br><br>"**Traffic aware cruise control, or TACC for short, adjusts speed based upon the vehicles ahead of you**... **while TACC is active, you can lift off the pedals and your Tesla will travel at the set speed** when the road is open **and will slow down as necessary for** curves and **traffic in your lane ahead.**" [4] @1:22<br><br><br><br>[4] @1:44 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 10 | EOU by Tesla Autopilot |
|---|---|
| The communication system of claim 1, comprising a warning device that generates an alert if the vehicle is an unsafe distance from the object. | "How It Works: **Autopilot uses the cameras on Model S, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model S (see Cameras on page 19)." [1] p.89<br><br>"**Forward Collision Warning**: **Model S monitors the area in front of it for the presence of an object such as a vehicle,** motorcycle, bicycle, or pedestrian. **If a collision is considered likely** unless you take immediate corrective action, **Forward Collision Warning is designed to sound a chime and highlight the vehicle in front of you in red on the instrument panel**. If this happens, take immediate corrective action! **Visual and audible warnings cancel automatically when the risk of a collision has been reduced** (for example, you have decelerated or stopped Model S, or the object in front of your vehicle has moved out of your driving path) **If immediate action is not taken when Model S issues a Forward Collision Warning, Automatic Emergency Braking (if enabled) may automatically apply the brakes if a collision is considered imminent** (see Automatic Emergency Braking on page 134). **By default, Forward Collision Warning is turned on. To turn off or adjust sensitivity, touch Controls > Autopilot and then select Forward Collision Warning**. Instead of the default warning level of Medium, you can turn the warning Off, or you can choose to be warned Late or Early… **Forward Collision Warning operates only when driving between approximately 3 mph (5 km/h) and 124 mph (200 km/h)**." [1] p.133 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 11 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 1</u>, wherein the unsafe distance increases with an increase in speed of the vehicle. | "**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [5]<br><br>"**Unsafe following**: Do not tailgate or drive close to the vehicle in front. Maintain a following distance of several car-lengths to the vehicle in front to have sufficient time to react to its speed. **Remember that driving at higher speeds** in inclement weather or on slick road surfaces **requires a greater following distance to allow sufficient time to react safely**." [5]<br><br>"Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 |

### EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 22 | EOU by Tesla Autopilot |
|---|---|
| A system for a moving vehicle comprising: | "**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"Traffic-Aware Cruise Control maintains your set cruising speed whenever a vehicle is not detected in front of Model S. **When cruising behind a detected vehicle, Traffic-Aware Cruise Control accelerates and decelerates Model S as needed to maintain a chosen following distance** (see Adjust the Following Distance on page 95), up to the set speed." [1] p.93<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed.**" [2] p.2<br><br>(*continued*) |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 22 | EOU by Tesla Autopilot |
|---|---|
| A system for a moving vehicle comprising:<br><br>(repeated) | **3.0 AUTOPILOT**<br><br>    The Autopilot system is an advanced driver assistance system (ADAS), which controls vehicle speed and path by automated control of braking, steering and torque to the drive motors.   Figure 2 shows the components used by Autopilot to monitor the driving environment.    The major subsystems associated with operation in Autopilot mode are TACC and Autosteer.<br><br><br>*Figure 2. 2016 Tesla Model S Driver Assistance Sensors (left) and Fields of View (right).*<br><br>    **3.1 Traffic-Aware Cruise Control (TACC).**  The Tesla TACC system uses information from the forward looking camera and radar sensor to determine if there is a vehicle in front of the Tesla in the same lane.  If there is no vehicle in front of the Tesla, TACC maintains a set driving speed selected by the driver.  When there is a lead vehicle detected that is travelling slower that the Tesla's set speed, the TACC will control motor torques to maintain a selected time-based distance from the lead vehicle. [3] |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 22 | EOU by Tesla Autopilot |
|---|---|
| a) a vehicle speed sensor configured for detecting a speed of the vehicle; | "**Electric sensors measure driving speed**, steering angle and yaw (the rotation of the car around the vertical axis) to determine the optimum position of the headlights **based on current driving conditions**." [1] p.68<br><br>"Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car and will accelerate/decelerate based on your set speed**, the following distance you've set, and the speed of the tracked vehicle**. If the badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2 |
| b) a range finder to calculate a distance between the vehicle and an object; | "How It Works: **Autopilot uses the cameras on Model S, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model S (see Cameras on page 19)." [1] p.89<br><br>"**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance.** This distance will vary depending on your speed." [2] p.2<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car** and will accelerate/decelerate based on your set speed, **the following distance you've set, and the speed of the tracked vehicle. If** the badge is gray, Model S is not actively tracking a vehicle and will continue at your set speed as if there were no car in front of you." [2] p.2 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 22 | EOU by Tesla Autopilot |
|---|---|
| c) a control device coupled to the vehicle speed sensor and the rangefinder, wherein the vehicle speed sensor sends a signal to control device based on the speed of the vehicle and the range finder sends a signal to the control device corresponding to the vehicles distance from the object and based upon the speed of the vehicle and the distance from the object, the control device determines whether the vehicle is a safe distance from the object, wherein the safe distance is determined according to a constant value defined according to the speed of the vehicle and the distance between the vehicle and the object; and | "How It Works: **Autopilot uses the cameras on Model S, which monitor the surrounding area and detect other vehicles**, pedestrians, road markings, **and obstacles such as barriers and curbs**. There are cameras mounted on the front, rear, left, and right sides of Model S (see Cameras on page 19)." [1] p.89<br><br>"Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95<br><br>"**Electric sensors measure driving speed**, steering angle and yaw (the rotation of the car around the vertical axis) to determine the optimum position of the headlights **based on current driving conditions**." [1] p.68<br><br>"**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance.** This distance will vary depending on your speed." [2] p.2<br><br>"**When TACC is engaged, a CRUISE badge will appear in the speedometer. If the badge is blue, Model S is actively tracking a car** and will accelerate/decelerate based on your set speed, **the following distance you've set, and the speed of the tracked vehicle**." [2] p.2<br><br>"**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called "headway." Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [5]<br><br><br><br>[4] @1:44 |

## EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 22 | EOU by Tesla Autopilot |
|---|---|
| d) a speed control system coupled to the control device, wherein the control device operates the speed control system in a manner dependent upon the distance between the vehicle and the object. | "**Traffic-Aware Cruise Control** determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front**, up to the set speed." [1] p.92 <br><br> "Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 <br><br> "Traffic-Aware Cruise Control maintains your set cruising speed whenever a vehicle is not detected in front of Model S. **When cruising behind a detected vehicle, Traffic-Aware Cruise Control accelerates and decelerates Model S as needed to maintain a chosen following distance** (see Adjust the Following Distance on page 95), up to the set speed." [1] p.93 <br><br> "**Traffic aware cruise control, or TACC for short, adjusts speed based upon the vehicles ahead of you**… **while TACC is active, you can lift off the pedals and your Tesla will travel at the set speed** when the road is open **and will slow down as necessary for** curves and **traffic in your lane ahead**." [4] @1:22 <br><br>  <br> [4] @1:44 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 23 | EOU by Tesla Autopilot |
|---|---|
| The communication system of <u>claim 22</u>, wherein the safe distance is a programmable value. | "Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92 <br><br> "Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 <br><br> "**You can adjust the following distance to the car in front of you by rotating the end of the cruise stalk from 1, the shortest following distance, to 7, the longest following distance. This distance will vary depending on your speed.**" [2] p.2 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| Claim 24 | EOU by Tesla Autopilot |
|---|---|
| The communication system of claim 22, wherein the unsafe distance increases with an increase in speed of the vehicle. | "**Your Tesla vehicle measures its own speed, the speed of the vehicle in front and the distance between the two vehicles**. Based on these measurements, your vehicle calculates the number of seconds you would have to react and stop if the vehicle in front of you came to a sudden stop. This measurement is called 'headway.' Unsafe following is the proportion of time where your vehicle's headway is less than 1.0 seconds relative to the time that your vehicle's headway is less than 3.0 seconds. Unsafe following is only measured when your vehicle is traveling at least 50 mph** and is incorporated into the Safety Score Beta formula as a percentage. Unsafe following while on Autopilot is not factored into the Safety Score Beta formula." [5]<br><br>"**Unsafe following**: Do not tailgate or drive close to the vehicle in front. Maintain a following distance of several car-lengths to the vehicle in front to have sufficient time to react to its speed. **Remember that driving at higher speeds** in inclement weather or on slick road surfaces **requires a greater following distance to allow sufficient time to react safely**." [5]<br><br>"Traffic-Aware Cruise Control determines when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. **When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed.**" [1] p.92<br><br>"Adjust the Following Distance: **To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the Autopilot stalk. Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.** Your setting is retained until you manually change it." [1] p.95 |

# EVIDENCE OF USE – U.S. PATENT NO. 10,410,520

| References |
|---|
| 1 | MODEL S<br>https://www.tesla.com/ownersmanual/2012_2020_models/en_us/Owners_Manual.pdf |
| 2 | MODEL S SOFTWARE RELEASE NOTES v6.1<br>https://www.tesla.cn/sites/default/files/tesla_model_s_software_6_1.pdf |
| 3 | 2017 Model S autopilot car following inop<br>https://teslamotorsclub.com/tmc/threads/2017-model-s-autopilot-car-following-inop.294119/ |
| 4 | Autopilot \| Model S and Model X<br>https://www.youtube.com/watch?v=uQw1qKSbIEg |
| 5 | Safety Score<br>https://www.tesla.com/support/insurance/safety-score#version-2.2 |
| 6 | Disclaimers<br>https://www.tesla.com/ownersmanual/models/en_cn/GUID-2E8E5E0B-DAA8-40B8-9804-45F5960538DF.html |
| 7 | EDR Tool for Tesla Vehicles<br>https://crashdatagroup.com/collections/tesla-edr-tool?srsltid=AfmBOoqJq5TQ36U2l8l9T9ryc900X9pyaa0DP5x1jJiw2Gpypkm93sXs |