IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VISION WORKS IP CORP,<br><br>    Plaintiff,<br><br> v.<br><br>TESLA INC.,<br><br>    Defendant. | Case No. 2:25-cv-00999 -JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Tesla, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff Vision Work IP Corp's Complaint (Dkt. 1). After consideration of the same, the Court is of the opinion that the Motion should be and is hereby GRANTED.